UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON MARK HART,

                Plaintiff,

   v.

CAMDEN CROUSE, et al.,

                Defendants.

CASE NO. 2:25-CV-00488-KKE-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel, Plaintiff's objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's claims are untimely and barred under the applicable 3-year limitations period. This action is therefore dismissed with prejudice for failure to state a claim upon which relief can be granted. Dismissal on this ground constitutes a strike under 28 U.S.C. § 1915(g).

(3)     Plaintiff's second motion for service by the United States Marshal (Dkt. No. 14) is DENIED AS MOOT.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 21st day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2